AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2023

SEAN F. McAVOY, CLERK

MR BILLY EDWARD TOYCEN,

_____
*Plaintiff*

v.

CITY OF YAKIMA MUNICIPAL COURT,
YAKIMA COUNTY DISTRICT COURT,
YAKIMA COUNTY SUPERIOR COURT, and
U.S. DISTRICT COURT,
_____
*Defendants*

)
)
)
)
)
)

Civil Action No.   1:22-cv-03200-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge _____ MARY K. DIMKE _____

Date:   04/12/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Lilly Savchuk
_____
*(By) Deputy Clerk*

Lilly Savchuk